In the Matter of the Judicial Settlement of the Account of Proceedings of Francis Schlosser, as Administrator, etc., of Elizabeth Schlosser, Deceased, Appellant. Lawrence Schlosser and Others, Respondents.— Decree of the Surrogate's Court of Westchester county affirmed, with costs to the administrator payable out of the estate. No opinion. Jenks, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Petition of Thomas Vallette, a Taxpayer, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 10,510, Issued to John Luck, against John Luck, Appellant, and Maynard N. Clement, Defendant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

In the Matter of Proving the Last Will and Testament of Charles S. Webb, Deceased. S. Jessie Webb and Others, as Executors, and S. Jessie Webb and Ernest H. Webb, as Trustees, under the Last Will and Testament of Charles S. Webb, Deceased, Appellants; Charles Sherrill Webb, Respondent.— Order of the Surrogate's Court of Suffolk county reversed upon the ground that the estate of the infant and the trustees of the infant were not before the court, and that the surrogate under such circumstances had no power to make an order distributing that estate. Jenks, Burr and Thomas, JJ., concurred; Rich and Miller, JJ., dissented.

James Kerns, Respondent, v. Charles M. Davenport, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Joseph Lawlor, Respondent, v. The New York and New England Realty Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Joseph Lewis, Appellant, v. Charles W. Gehlen, Respondent.— Reargument ordered and case set down for Tuesday, January 18, 1910. Hirschberg, P. J., Burr, Rich and Miller, JJ., concurred.

Otto Leyer, Respondent, v. Andrew Polo, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Jenks and Miller, JJ., voted to reverse for error in the exclusion of evidence designed to prove bias on the part of plaintiff's witness, Thomas Senff.

George C. Lind, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward and Rich, JJ., concurred; Burr and Thomas, JJ., dissented.